UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In re:

                                      Case No.   13-17580-LMI

Michael Francis Lettau
Michele Costello-Lettau                        Chapter 7

_____/

## TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO 11 U.S.C. §363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)

**Pursuant to Fed. R. Bankr. P. 6004 and Rule 6004-1(D), this proposed use, sale or lease will be deemed approved without necessity of hearing or order if no objection to the use, sale or lease is filed within 21 from the date of service of this notice.**

     Maria Yip (the "Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Michael Francis Lettau and Michele Costello-Lettau (collectively, the "Debtors"), files this Motion (the "**Motion**") to sell the Debtors' bankruptcy estate's right, title and interest in and to certain real property via private sale to Alrrohde Land Trust (the "**Buyer**"), **subject to** all liens, claims, encumbrances, and interests, pursuant to 11 U.S.C. § 363(b), Fed. R. Bank. P. 6004(f) and Local Rule 6004-1(D), and in support thereof the states as follows:

     1.     This is a voluntary chapter 7 bankruptcy case.

     2.     As set forth in the Debtors' bankruptcy schedules, the Debtors are the owners of certain real property commonly known as 433 Les Rohde Drive, Raymond Key, FL 33042-5321 (the "**Property**"). The Debtors do not claim this Property as exempt.

     3.     Based upon Trustee's review, the Debtors' bankruptcy estate has no equity in the Property. The Trustee had initially planned to abandon the Property; however, the Buyer has agreed to pay the Trustee the sum of $6,050.00 for the benefit of creditors, in exchange for the Trustee's conveyance of all of the Debtors' bankruptcy estate's right, title and interest in and to the Property. A copy of the Agreement is annexed hereto.

     4.     Buyer agrees to reimburse the Estate for the costs associated with the service of the Trustee's Motion and Proposed Order to all creditors, not to exceed $100.00.

5. The proposed sale is subject to all existing liens, claims, encumbrances, and interests. The sale is further without representation or warranties and the Property is being taken "AS IS" "WHERE IS" with all faults and conditions.

6. In light of the fact that the Trustee was going to otherwise abandon the Property, this sale is clearly a benefit to the estate.

7. The Trustee is not seeking relief under 11 U.S.C. §§ 363(f), (g) or (h).

8. Based upon the foregoing, the Trustee respectfully request the entry of an Order authorizing her to sell the Estate's right, title and interest in and to the Property pursuant to 11 U.S.C. § 363(b) to Buyer for the sum of $6,050.00

**WHEREFORE**, the Trustee respectfully requests the entry an order, substantially in the form attached hereto, granting the relief requested herein and awarding any additional relief as the Court deems just and appropriate.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing will be served to all parties on the attached service list and was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via U.S. Mail to the following on May 31, 2013:

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Rex E Russo, Esq on behalf of Debtorss Michael Francis Lettau
rexlawyer@prodigy.net

Rex E Russo, Esq on behalf of Joint Debtorss Michele Costello-Lettau
rexlawyer@prodigy.net

Christopher P Salamone on behalf of Creditor Green Tree Servicing LLC
csalamone@erwlaw.com, BankruptcyECF@erwlaw.com

Signed:   /s/ Maria M. Yip, Trustee
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile:  786-800-3903
trustee@yipcpa.com

## AGREEMENT TO PURCHASE ESTATE'S INTEREST IN REAL PROPERTY PURSUANT TO 11 U.S.C. § 363(b) IN CASE STYLED

*In re Michael Francis Lettau & Michele Costello-Lettau et al.*, Case No. 13-17580 RAM, pending in the U.S. Bankruptcy Court for the Southern District of Florida, Miami Division ("Bankruptcy Court")

**Alrrohde Land Trust**, (the "Buyer"), hereby offers to purchase from **Maria Yip** ("Seller"), the duly appointed and acting Chapter 7 trustee for the bankruptcy estate of Michael Francis Lettau & Michele Costello-Lettau, the following asset on the following terms and conditions:

1. **Asset**. The asset to be acquired pursuant to this offer consists of the Seller's right, title, and interest in and to that certain real property commonly known as 433 Les Rohde Drive, Raymond Key, Florida 33042-5321 (the "Asset").

2. **Purchase Price**. Cash in the amount of Six Thousand and Fifty Dollars ($6,050.00) (the "Purchase Price").

3. **Terms**. The sale of the Asset will be "AS IS, WHERE IS" with all faults and conditions, shall contain no representations and warranties from the Seller, and will be subject to all liens, claims, encumbrances, and interests whether known or unknown. Buyer has not relied upon any information or documentation provided by the Seller or any agent of the Seller in entering into this Agreement.

4. **Closing**. Closing will be within 3 business days that the proposed sale herein is authorized pursuant to the terms of Local Rule 6004-1(D). At closing, the Buyer shall pay Seller cash in an amount equal to the Purchase Price. In exchange, Seller will deliver the attached original executed trustee's deed to the Buyer pursuant to the terms set forth above. The Buyer shall be responsible for payment of any and all fees and taxes imposed by any governmental agency arising from or related to the sale of the asset such as, but not limited to, sales taxes, documentary stamps, recording fees and other similar expenses.

5. **Miscellaneous Provisions**. Buyer acknowledges that Seller must file a motion in the Debtor's bankruptcy case pursuant to Local Rule 6004-1(D) before closing the transaction contemplated herein. This Agreement represents the entire agreement of the parties hereto and supersedes all other agreements between the parties, whether oral or in writing, concerning the Asset. This Agreement shall be construed in accordance with the laws of the State of Florida. Jurisdiction over any dispute under this Agreement shall be in the Bankruptcy Court presiding over the Debtor's bankruptcy estate. This Agreement may be executed in separate counterparts and facsimile signatures shall be deemed originals.

Alrrohde Land Trust

By: _Jean Norton_ (signature)
Name: Jean Norton
Title: Director

Accepted on May 31, 2013

_Maria Yip_ (signature)
Maria Yip, not individually, but solely as
Chapter 7 trustee for the bankruptcy estate
of Michael Francis Lettau & Michele Costello-Lettau

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 13-17580-LMI<br>Southern District of Florida<br>Miami<br>Fri May 31 17:31:09 EDT 2013 | Green Tree Servicing LLC<br>c/o Christopher P. Salamone<br>350 Jim Moran Blvd. Suite 100<br>Deerfield Beach, FL 33442-1721 | Recovery Management Systems Corporation<br>25 SE 2 Ave #1120<br>Miami, FL 33131-1605 |
| GMAC Mortgage<br>3451 Hammond Ave<br>PO Box 780<br>Waterloo, IA 50704-0780 | GMAC Mortgage, LLC<br>PO Box 205<br>3451 Hammond Ave<br>waterloo, IA 50702-5300 | Monroe County Teachers Federal Credit Un<br>PO Box 2666<br>Key West, FL 33045-2666 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | US Dept. of Education<br>2401 International<br>PO Box 7859<br>Madison, WI 53707-7859 | USAA<br>9800 Fedricksburgh Road<br>San Antonio, TX 78288-0002 |
| USAA Savings Bank<br>10750 McDermott Fwy, Fwy<br>San Antonio , TX 78288-1600 | USAA Savings Bank<br>10750McDermott Fwy, Fwy<br>San Antonio, TX  78288-1600 | USSA<br>10750 McDermott Freeway<br>San Antonio, TX 78288-0544 |
| United Guaranty<br>230 North Elm Street<br>Greensboro, NC 27401-2417 | Maria Yip<br>201 Alhambra Cir # 501<br>Coral Gables, FL 33134-5105 | Michael Francis Lettau<br>433 Les Rohde Drive<br>Ramrod Key, FL 33042-5321 |
| Michele Costello-Lettau<br>433 Les Rohde Drive<br>Ramrod Key, FL 33042-5321 | Rex E Russo Esq<br>2655 LeJeune Rd PH 1D<br>Coral Gables, FL 33134 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Miami | (d)USAA<br>9800 Fedricksburgh Road<br>San Antonio, TX 78288-0002 | End of Label Matrix<br>Mailable recipients    16<br>Bypassed recipients     2<br>Total                  18 |

PROPOSED ORDER

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI-DADE DIVISION
www.flsb.uscourts.gov

In Re:                                                                Case No. 13-17580-LMI

Michael Francis Lettau                                      Chapter 7 Proceeding
Michele Costello-Lettau

_____Debtor(s)_____        /

**ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO SELL ESTATE'S INTEREST IN REAL PROPERTY VIA PRIVATE SALE PURSUANT TO**
**11 U.S.C. § 363(B), FED R. BANKR. P. 6004(F) AND LOCAL RULE 6004-1(D)**

THIS CAUSE came before the Court upon consideration of the *Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. Motion to Sell Estate's Interest in Real Property Via Private Sale Pursuant to 11 U.S.C. §363(B), Fed. R. Bankr. P. 6004(F), and Local Rule 6004-1(D)* ("Motion") filed by Maria Yip ("Trustee"), the duly appointed and acting Chapter 7 Trustee for the bankruptcy estate of Michael Francis Lettau and Michele Costello-Lettau ("Debtors"). The Court, noting that the Motion was served on all creditors and parties in interest, that no objection was filed to the Motion, and finds

that the relief sough in the Motion is reasonable and in the best interest of the creditors and the Debtorsss' bankruptcy estate, and being otherwise fully advised in the premises, hereby,

**ORDERED AND ADJUDGED** as follows:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to take any and all actions and execute any and all documents necessary to effectuate the sale of 433 Les Rohde Drive, Raymond Key, FL 33042-5321 to Alrrohde Land Trust pursuant to the terms of the Agreement to Purchase Estate's Interest in Real Property Pursuant to 11 U.S.C. § 363(b).

3. The Court retains jurisdiction to modify, interpret or enforce the terms of the Agreement.

###

**Submitted by:**
Maria M. Yip, Trustee
201 Alhambra Circle, Suite 501
Coral Gables, FL 33134
Telephone: 305-908-1862
Facsimile: 786-800-3903
trustee@yipcpai.com

**Copies Furnished to:**
Maria M. Yip, Trustee
*Trustee Yip is directed to serve copies of this Order upon all parties in interest upon receipt thereof, and to file a Certificate of Service with the Court confirming such service.*