In the **UNITED STATES BANKRUPTCY COURT** for the
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.  13-17580-LMI
CHAPTER 7

In re:

Michael Francis Lettau and
Michele Costello-Lettau,

      Debtors.
_____/

### DEBTORS' REPLY TO TRUSTEE'S MOTION FOR SALE OF PROPERTY ESTATE'S INTEREST IN REAL PROPERTY

COME NOW the Debtors, by and through their undersigned attorney, and file this Reply to Trustee's Motion (Doc #28) as follows:

1. The debtors are no longer residing on the property.
2. Debtors take no objection to the Trustee's Motion for Sale of Estate's Interest in Real Property.
3. Debtors' counsel will not be attending the hearing presently scheduled for July 29, 2013 at 10:30AM (Doc # 30).

REX E. RUSSO, ESQ.
2655 LeJeune Road, PH 1-D
Coral Gables, FL 33134
(305) 442-7393


  /s/_____
Rex E. Russo
Florida Bar #0331597

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered to was sent via transmission of Notice of Electronic Filing generated by CM/ECF to all counsel of record, and to the US Trustee by ECF filing at <u>USTPRegion21.MM.ECF@usdoj.gov,</u> and all others who filed appearances for service, by ECF filing being transferred electronic delivery from the court on July 12, 2013.

/s/ _____
Rex E. Russo